IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RONALD ROSCOE OLDHAM,** | ) | 1:08-cv-449 AWI WMW (PC) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND |
| v. | ) ) | DISMISSING FIRST AMENDED COMPLAINT |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et. al.,** | ) ) ) | (Document Nos. 7, 9, 10, 11) |
| Defendant. | ) ) ) | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 20, 2009, the Complaint was dismissed with leave to file an amended complaint by February 25, 2009. Plaintiff has failed to file an amended complaint and the order dismissing the complaint was returned as undeliverable.

    Additionally, on January 20, 2009, findings and recommendations were entered, recommending denial of Plaintiff's motions for injunctive relief and discovery. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to

the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. Further, since Plaintiff has not filed an amended complaint, it is appropriate to close this case.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 20, 2009, are adopted in full;
2. Plaintiff's motions for injunctive relief and discovery are denied; and
3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

**Dated:   March 12, 2009**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE